**Opinion issued July 9, 2015**



In The

# Court of Appeals

For The

## First District of Texas

———————————

**NO. 01-15-00513-CR**

**NO. 01-15-00515-CR**

**NO. 01-15-00516-CR**

———————————

**IN RE MICHAEL BLAIR, Relator**

———————————

**Original Proceeding on Petition for Writ of Mandamus[1]**

———————————

**MEMORANDUM OPINION**

---

[1]    The underlying causes of action are *Michael Blair v. The State of Texas*, in the District Court of Harris County, Texas, 208th Judicial District, cause nos. 703912, 709436, and 709438, the Honorable Denise Collins presiding.

By petition for writ of mandamus, relator Michael Blair seeks a writ of mandamus compelling the trial court to rule on a motion for judgment nunc pro tunc.

We **deny** relator's petition for writ of mandamus. All outstanding motions are **dismissed as moot**.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.

Do not publish. TEX. R. APP. P. 47.2(b)